IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAMA'S SALSA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV004 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MASTRONARDI PRODUCTS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Mastronardi Products Limited to extend time for filing the planning report pursuant to Fed.R.Civ.P. 26(f) (Filing No. 16). It is alleged the plaintiff has failed to cooperate in preparing the report. The motion is granted as set forth below:

1. Counsel for the parties shall meet, confer and file the 26(f) planning report **on or before April 16, 2010.**

2. The court will hold a telephone scheduling conference with counsel for the parties **at 10:00 a.m. on April 19, 2010.** Counsel for the plaintiff shall initiate the telephone conference.

**IT IS ORDERED.**

DATED this 31st day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge