**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MAMA'S SALSA, INC,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV04 |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| **MASTRONARDI PRODUCTS LIMITED,** | ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on January 6, 2010, plaintiff Mama's Salsa, Inc., was notified that non-governmental corporate parties are required to file Corporate Disclosure Statements pursuant to Fed. R. Civ. P. 7.1, due fifteen (15) days from the date of the notice. **See** Text Entry Filing No. 4. As of the close of business on April 7, 2010, the plaintiff had not complied with the request set forth in the notice. Corporate Disclosure statements also require a Certificate of Service. **See** Neb.Civ.R. 5.4(c).

**IT IS ORDERED** that, on or before **April 19, 2010,** the plaintiff shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why it cannot comply with the rules of the court.

DATED this 8th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge