## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAMA'S SALSA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV04 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MASTRONARDI PRODUCTS LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Protective Order (Filing No. 27).  The defendant seeks a stay of discovery pending resolution of the defendant's Motion for Summary Judgment and Dismissal (Filing No. 25).  The defendant argues the discovery sought by the plaintiff will be moot if the motion for summary judgment is granted.  Additionally, the defendant contends participation in discovery would create undue burden and expense.  The plaintiff did not respond to the motion for entry of a stay.  The court finds good cause exists for entry of a stay of discovery in this matter.  Upon consideration,

**IT IS ORDERED:**

1.      The defendant's Motion for Protective Order (Filing No. 27) is granted.

2.      Discovery in this case is stayed pending resolution of the defendant's Motion for Summary Judgment and Dismissal (Filing No. 25).

DATED this 1st day of November, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge